FILED

06/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0627

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0627

IN RE THE MARRIAGE OF:

DAWN TAYLOR,

    Petitioner and Appellant,

and

JOHN TAYLOR,

    Respondent and Appellee.

## ORDER

UPON Motion duly made, and there appearing good cause therefore, and there being no objection,

IT IS HEREBY ORDERED that the Appellant shall have until July 11, 2023, to file the Appellant's reply brief.

No further extensions will be granted.

CC:  Kirsten Mull Core

     Rebecca Swandal

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 26 2023